

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
MAR 19 2008
MAR 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CHRISTOPHER LAWRENCE — Petitioner
Fed. Reg. 17718-424

**08CV1607**
**JUDGE SHADUR**
**MAG. JUDGE DENLOW**

v.

ERIC WILSON, WARDEN — Respondent

EMERGENCY APPLICATION FOR WRIT OF HABEAS CORPUS

I.) The jurisdiction of this Honorable Court is invoked pursuant Title 28 USCA § 2241 and 2243.

2) The Petitioner prays for a THREE DAY return for this writ as he is being held UNLAWFULLY and in violations of the laws & Constitution of the U.S.

II. Nature of Case; 3) The Petitioner was sentenced Sept. 12, 2005 to zero to 48 months confinement by Judge Gettleman.

4) On September 13, 2007 Petitioner was released to 105 S. Ashland, Salvation Army Harbor House to custody of Harbor House to six months custody with an out date (discharge date) of March 10, 2008.

— 1 —

5) On or about December 10, 2008, due to Petitioner's deteriorating health, he was placed on Home Confinement. Petitioner is a paraplegic with one leg.

6) On or about January 28, 2008 Petitioner was arrested by Chicago Police for an old warrant (infraction - traffic dating back to July, 2005) which Bureau of Prisons should of cleared prior to Petitioner's September 13, 2007 release!

7) Eventually, on February 28, 2008, after all state infractions were dismissed, he was returned to Metropolitan Correctional Center with no administrative, or disciplinary process served, or instituted against Petitioner.

8) Petitioner's out date of March 10th, 2008 did not change, however Petitioner accuses Casemanager Martinez-Zamora of knowingly, willfully, and intentionally violating all of Petitioner's rights under Wolff v McDonnell, 418 US 539-563-99 (1974) in that Martinez surreptitiously and secretly accessed the Bureau of Prisons Sentence & Computation Computer called Sentry, and in violation of Petitioner's due process rights changed Petitioner's release date from March 10, 2008 to April 2, 2009.

-2-

9) Petitioner states no one has given Petitioner any intervention; advance written notice of any violation of BOP rules or policy, also opportunity to call any evidence or witnesses, and have wholly violated Petitioner's Due Process Protections.

### AFFIDAVIT TO PROCEED IFP

I, CHRISTOPHER LAWRENCE do declare under penalty of perjury that:

1) All above facts are true & correct;
2) That I have no funds to prepay the costs of this action;
3) That my action has merit;
4) That I own nothing of value.

I declare under penalty of perjury that the foregoing facts are true & correct. Executed this 19 day of March 2008.

Respectfully Submitted

*Christopher Lawrence*
CHRISTOPHER LAWRENCE
71 W. Van Buren St
Chicago, IL 60605

Prepared by Lou Sheridan  witness: _____

—3—