

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** CHRISTOPHER LAWRENCE

**Defendant(s):** ERIC WILSON, etc.

**County of Residence:** COOK

**County of Residence:**

**Plaintiff's Address:**
Christopher Lawrence
#17718-424
Metropolitan - MCC
71 West Van Buren
Chicago, IL   60605

**Defendant's Attorney:**

FILED
MAR 19 2008
Mar 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 2. U.S. Government Defendant
☐ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV1607
JUDGE SHADUR
MAG. JUDGE DENLOW

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:1441

**Jury Demand:** ☐ Yes   ☑ No

**Signature:** A. E. Woodham   **Date:** 03/19/2008