No. __08C1607__

**RECEIVED**
MAR 20 2008
Mar 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE

DISTRIC COURT OF THE UNITED STATES

__Northern District of Illinois__

__Christopher Lawrence__ — PETITIONER
(Your Name)

vs.

__Eric Wilson Warden__ — RESPONDENT(S)

ON PETITION FOR A WRIT OF HABEAS CORPUS
28 USC 2241

__United States District Court, N.D. Illinois Chicago__
(NAME OF COURT THAT LAST RULED ON __sentence on this case__)

AMENDED   PETITION FOR WRIT OF HABEAS CORPUS
28 USCS § 2241, 2243

__Christopher Lawrence__
(Your Name)

__71 W. Van Buren St MCC__
(Address)

__Chicago, Illinois 60605__
(City, State, Zip Code)

__None__
(Phone Number)

## QUESTION(S) PRESENTED

1) Whether the Bureau of Prisons has the legal authority to automatically take 365 good time days without affording Petitioner due process safeguards such as advance written notice of any charges; a written statement of reasons for action taken; an opportunity to call witnesses and present evidence. See: Wolff v McDonnell, 418 US 539, 563-69 (1974)

2) Whether the Bureau of Prisons can change a release date from March 10, 2008 until April, 2009 without a hint of reasons why they took their action(s).

3) Whether the Bureau of Prisons failure to check for outstanding warrants before Petitioners release constitute an infraction, if said traffic warrant pre-dated Petitioner's arrest and release in subsequent federal case?

4) Whether Case Manager Zamora Martinez knowingly, wilfully & intentionally violated the Due Process rights of Petitioner, and whether she has Qualified Immunity that would bar damages in this special case

## LIST OF PARTIES

[ ] All parties appear in the caption of the case on the cover page.

[✓] All parties **do not** appear in the caption of the case on the cover page.  A list of all parties to the proceeding in the court whose judgment is the subject of this petition is as follows:

Casemanager Zamora-Martinez

P. G. Owens, Counselor

Eric Wilson, Warden

Christopher Lawrence - Petitioner

# TABLE OF AUTHORITIES CITED

**CASES**  **PAGE NUMBER**

Wolff v. McDonnell 418 US 539 (1872)

Morrissey v. Brewer 408 US 471 (1872)

**STATUTES AND RULES**

28 USCS 2241, 2243, 1651 All Writs Act

Habeas Corpus Act

**OTHER**

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

1) Petitioner was released to a half way house with a release date of March 10, 2008 g Released 8/13/2007 to half way house

2) Petitioner was ordered from the half way house to home confinement due to medical problems (quadraplegic) on 12/10/07

3) Petitioner was arrested on a Traffic Warrant which PREDATED his federal conviction, and as a result of the arrest and failure of Bureau of Prisons to clear said traffic case dated July 2005, Petitioner was placed in local custody! His Home confinement terminated without disciplinary process, or notice

## STATEMENT OF THE CASE

Petitioner's Good Time Release Rate of March 10, 2008 was unlawfully extended by Zamora-Martinez — Case Manager without due process safeguards, as a result Petitioner was deprived of a hearing; presentment of evidence, and will have an extra year confinement.

All local charges were dismissed as well. Petitioner cites he's being held unlawfully.

## REASONS FOR GRANTING THE PETITION

1) Petitioner's Right to Counsel Violated.

2) Petitioners Right to Hearing Violated

3) Petitioner's Right to Due Process Violated

4) Petitioner's Right to Present Evidence Violated

5) Petitioner's Right to Present Witnesses Violated

6) Petitioner's Right to Confront Accuser Violated

7) Petitioner Right to Copy of Charges Violated

8) Petitioner's Right to Hearing Violated

9) Petitioner's Right to Appear Violated

Petitioner had a protected Liberty Interest in his March 10, 2008 Release Date and did not commit any infraction warranting taking that date.

## CONCLUSION

The petition for a writ of ~~Habeas Corpus~~ should be granted, AND PETITIONER BE RELEASED INSTANTER RELEASE

Respectfully submitted,

*/s/ Christopher Lawren/*

Date: MARCH 17, 2008

21 W. Van Buren St
Chicago – 60605