# United States District Court
# Northern District of Illinois

In the Matter of

Christopher Lawrence

v.

Eric Wilson

Case No. 08 C 1607

Designated Magistrate Judge
Morton Denlow

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

In accordance with the provisions of Rule 13 of the Internal Operating Procedures of this Court, I recommend that the above captioned case be reassigned to the calendar of Judge **Robert W. Gettleman**, who – before he left the city for a two-week period – confirmed orally the reasons and conditions of this reassignment on the reverse of this form.

_____
Judge Milton I. Shadur

Dated: March 31, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Robert W. Gettleman**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: APR - 1 2008

Reassignment by Agreement (Rev. 9/99)

Although petitioner has labeled his filing as "Emergency Application for Writ of Habeas Corpus", case number **08C1607** is in fact a 28 U.S.C. §2255 motion and should have been assigned directly to the calendar of Judge Gettleman to whom underlying Case No. 05 CR 245 was (and remains) assigned.

---

|   |   |
|---|---|
| ☐ | It is also agreed that if the Executive Committee approves this reassignment, the following numbered case(s) should be reassigned to the calendar of Judge _____ as replacement(s): |

|   |   |
|---|---|
| X | It was also agreed by Judge Gettleman that if the Executive Committee approves this reassignment, the reassignment of a replacement case(s) is not required. |

Reassignment by Agreement (Rev. 9/99)