# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1607 | **DATE** | 8/4/2008 |
| **CASE TITLE** | U S A    vs    Christopher Lawrence | | |

**DOCKET ENTRY TEXT:**

Petitioner's motion for leave to proceed in forma pauperis is granted.
Government's response to the §2255 petition for habeas corpus is due by 10/1/2008.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|