UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHRISTOPHER LAWRENCE )
)
v. ) No.   08 CV1607
)
) Judge: Robert W. Gettleman
ERIC WILSON )

## ATTORNEY DESIGNATION

Please take notice that Ronald DeWald, Assistant United States Attorney is assigned to this case and has been designated in the above captioned case.

                                          Respectfully submitted,

                                          PATRICK J. FITZGERALD
                                          United States Attorney

                                  By:  / s/ Ronald DeWald, Jr.
                                     RONALD DEWALD, JR.
                                     Assistant United States Attorney
                                     219 South Dearborn Street
                                     Chicago, Illinois 60604
                                     (312) 469-4187

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with Federal Rules of Criminal Procedure 49 and 5, and Local Rule 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing document:

## ATTORNEY DESIGNATION

were served on August 12, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                      By:  / s/ Ronald DeWald, Jr.
                                           RONALD DEWALD, JR.
                                           Assistant United States Attorney
                                           (312) 469-4187